Mark S. Hilario
HILARIO LAW FIRM
2722 3rd Avenue N., Suite 400
P.O. Box 22598
Billings, Montana 59104
Telephone: 406-294-9900
Facsimile:  406-294-9901
mark.hilariolawfirm@gmail.com

Bar No. 4811

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 15-60690 |
| DALE W. MYERS and | ) | |
| TERRI L. MEYERS, | ) | |
| | ) | |
| | ) | **DEBTOR'S MOTION** |
| Debtor. | ) | **FOR EXTENSION OF TIME** |
| | ) | |

COMES NOW attorney for Debtors, DALE W. MYERS and TERRI L. MEYERS, and hereby moves this Court for its order extending the time for debtors to submit the documents necessary to complete the filing of this case.  The deadline to file the remaining schedules and documents is August 10, 2015.   Debtor requests through August 20, 2015, to submit their remaining schedules.

DATED this 10th day of August, 2015.

/s/ Mark S. Hilario
MARK S. HILARIO, Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, the undersigned, Mark S. Hilario, do hereby certify under penalty of perjury that a copy of the within and foregoing *Motion for Extension of Time*, was sent on 10th day of August, 2015, via ECF to:

| | |
|---|---|
| Robert Drummond, Chapter 13 Trustee | Neal Jensen |
| P.O. Box 1829 | U.S. Bankruptcy Trustee |
| Great Falls, Montana 59403 | P.O. Box 3509 |
| | Great Falls, MT 59403 |

By:    /s/ Mark S. Hilario
         MARK S. HILARIO