Mark S. Hilario
HILARIO LAW FIRM
2722 3rd Avenue N., Suite 400
P.O. Box 22598
Billings, Montana 59104
Telephone: 406-294-9900
Facsimile:  406-294-9901
mark.hilariolawfirm@gmail.com


Bar No. 4811


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Bankruptcy No:  15-60690 |
| | ) | |
| DALE MYERS and | ) | |
| TERRI MYERS, | ) | NOTICE REQUIRED BY |
| | ) | 11 U.S.C. §521(c) |
| Debtors. | ) | |
| | ) | |

COMES NOW the Debtors and hereby state that neither has an interest in an education individual retirement account.

DATED this 17TH   day of August, 2015.

                                                        /s/ Dale Myers
                                     DALE MYERS, Debtor

                                                        /s/ Terri Myers
                                       TERRI MYERS, Debtor