Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Facsimile: (406) 453-4663
I.D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

In re                              )
                                   )    No. 15-60690-13
DALE W. MYERS and                  )
TERRI L. MYERS,                    )
                                   )
           Debtors.                )

---

**TRUSTEE'S WITNESS LIST**

---

The Chapter 13 Standing Trustee designates the following witnesses to testify at the hearing scheduled for September 29, 2015, at 9:00 a.m. in Billings, Montana:

1. Dale W. Myers

2. Terri L. Myers

3. Any witnesses called by the debtor.

4. Any rebuttal witness.

DATED September 22, 2015.

                                        Chapter 13 Standing Trustee
                                        P. O. Box 1829
                                        Great Falls, MT 59403


                                        By /s/ Robert G. Drummond
                                            Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing **TRUSTEE'S WITNESS LIST** was mailed on September 22, 2015, at Great Falls, Montana, and directed to the following:

>Dale and Terri Myers
>175 Stonehaven Trail
>Billings, MT 59101

>/s/ Tiffany Floerchinger
>Tiffany Floerchinger