Mark S. Hilario
HILARIO LAW FIRM
2722 3rd Avenue N., Suite 400
P.O. Box 22598
Billings, Montana 59104
Telephone: 406-294-9900
Facsimile: 406-294-9901
mark.hilariolawfirm@gmail.com

Bar No. 4811

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| IN RE | ) | Bankruptcy No: 15-60690 |
| | ) | |
| DALE MYERS and | ) | |
| TERRI MYERS, | ) | **NOTICE OF** |
| | ) | **AMENDED SCHEDULES** |
| Debtors. | ) | |
| | ) | |

  COME NOW the Debtors, DALE MYERS and TERRI MYERS, by and through their attorney of record, Mark S. Hilario, Hilario Law Firm, and hereby give notice of the amendments to Schedule B & E, and Summary of Schedules.

  A copy of the revised schedule is attached hereto, together with a Certificate of Service verifying that copies of the Amended Schedules, the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, any Order of Discharge, or any other document filed that affects an added Creditor's rights, and any Notice or Order setting or extending any deadlines for filing claims or complaints for determining dischargeability or exceptions to discharge, have been mailed to any added creditor.

  The deadline to file a complaint objecting to discharge is November 17, 2015.

DATED this 7th day of October, 2015.

        /s/ Mark S. Hilario
        MARK S. HILARIO
        Attorney for Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of October, 2015, a true and correct copy of the foregoing NOTICE OF AMENDED SCHEDULES was served via ECF on the following:

Robert Drummond, Chapter 13 Trustee
P.O. Box 1829
Great Falls, Montana 59403

Neal Jensen
U.S. Bankruptcy Trustee
P.O. Box 3509
Great Falls, MT  59403

I further certify that on the 7th day of October, 2015, I served a true and correct copy of the foregoing NOTICE OF AMENDED SCHEDULES , by placing a copy of the same in the U.S. mail, postage prepaid, and addressed to:

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT
      84310

FRED HOFFMAN
5911 SHINING MTN
BILLINGS, MT 59105

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101

JIM HUSKEY
AMERICAN BUILDERS CONST
2921 1ST AVENUE N
BILLINGS, MT 59101

MT DEPARTMENT OF REVENUE
KIM DAVIS, BK SPEC
PO BOX 7701
HELENA, MT 59604-7701

ONATTNO6
PO BOX 1022
WIXOM, MI 48393

TONY & STEVEN GRESICK
1950 WILKINS ROAD
LAUREL, MT 59044

TRUDY'S BOOKKEEPING
2110 RIDGEVIEW DR
BILLINGS, MT 59105

VANDERBILT MORTGAGE
C/O MACKOFF KELLOGG LAW
38 2ND AVENUE EAST
DICKINSON, ND 58601

        /s/ Mark S. Hilario
        MARK S. HILARIO